AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 14-1172.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P.4(l))*

This summons & complaint for *(name of individual and title, if any)* **Dr. Reddy's Laboratories, Inc.** was received by me on **9/11/2014**.

[ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ at _____, and mailed a copy to the individual's last known address; or

[ X ] I served the summons & complaint *(name of individual)* **Lee Banks, personally,** at **c/o Lee Banks, Vice President, IP Department, 107 College Road East, Princeton, NJ  8540**, who is designated by law to accept service of process on behalf of *(name of organization)* **Dr. Reddy's Laboratories, Inc.**, on *(date)* **9/16/2014** at **1:50 p.m.**; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that is information is true.

Date: **9/17/2014**

*Server's signature*

**Aaron J. Hefner**, Special Process Server

O'Rourke Investigative Associates, Inc.
1225 North King Street, Suite 400
P. O. Box 368
Wilmington, DE 19899-0368

Additional information regarding attempted service, etc: